MARY GEDEON v. ESTATE OF ARPAD GEDEON.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS PETERSON.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GONZALO GARCIA.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JORGE I. GOMEZ.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN DEAN.

July 6, 1983.

Petition for certification denied.